**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Quality Float Works, Inc. | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 36-4029509 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1382 Payne Road<br>Schaumburg, IL 60173 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Quality Float Works, Inc.   _____   Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    Quality Float Works, Inc.                                                Case number (if known) _____
           Name

---

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Quality Float Works, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| | I have been authorized to file this petition on behalf of the debtor. | |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. | |
| | I declare under penalty of perjury that the foregoing is true and correct. | |

Executed on    August 11, 2016
               MM / DD / YYYY

**X** /s/ Jason Speer                           Jason Speer
Signature of authorized representative of debtor      Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ Robert R. Benjamin              Date   August 11, 2016
Signature of attorney for debtor                       MM / DD / YYYY

Robert R. Benjamin
Printed name

Golan & Christie LLP
Firm name

70 W. Madison
Suite 1500
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone   (312) 263-2300      Email address   rrbenjamin@golanchristie.com

0170429
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Quality Float Works, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 11, 2016          **X** /s/ Jason Speer
                                        Signature of individual signing on behalf of debtor

                                        Jason Speer
                                        Printed name

                                        President
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Quality Float Works, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Addison Building Materials 3201 S. Busse Road Arlington Heights, IL 60005 | Wendy Prochno wendyprochno@addisonbuilding.com | Goods | Unliquidated | | | $5,439.70 |
| Bank Card Services PO Box 31021 Tampa, FL 33631 | 727-570-5219 | Goods and services | Unliquidated | | | $23,000.00 |
| FC Market Place, LLC 747 Front Street 4th Floor San Francisco, CA 94111 | Diana Bockman diana.bockman@fundingcircle.com | 2/8/2016 Loan | Unliquidated | $229,125.00 | $0.00 | $229,125.00 |
| First Midwest Bank One Pierce Place Suite 1500 Itasca, IL 60143 | Kevin E. Hoeck kevin.hoeck@firstmidwest.com 224-318-4047 | 4/8/2016 Renewal Date | Unliquidated | $248,332.00 | $0.00 | $248,332.00 |
| First Midwest Bank One Pierce Place Suite 1500 Itasca, IL 60143 | Kevin E. Hoeck kevin.hoeck@firstmidwest.com 224-318-4047 | 4/8/2015 Renewal Date | Unliquidated | $150,000.00 | $0.00 | $150,000.00 |
| Larsen Packaging 419 Village Drive Carol Stream, IL 60188 | Kathie Hohlweg kathie@larsenpackaging.com | Goods | Unliquidated | | | $5,421.58 |
| Lexus Financial Services PO Box 4102 Carol Stream, IL 60197 | 319-221-6979 | Lease of 2014 Lexus FS 350 | Unliquidated | | | $13,000.00 |
| Lexus Financial Services PO Box 4102 Carol Stream, IL 60197 | 319-221-6979 | Lease of 2014 GX 460 | Unliquidated | | | $20,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Quality Float Works, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MAC Strategies Group, Inc. 53 W. Jackson Suite 1115 Chicago, IL 60604 | Cally Eckles cally@macstrategiesgroup.com | Professional fees | Unliquidated | | | $21,025.00 |
| Nelson & Lavold 301 SE 9th Avenue Cape Coral, FL 33990 | Thor Sveinsvoll thor0208@gmail.com | Goods | Unliquidated | | | $59,926.95 |
| Olympic Steel Dept CH17813 Palatine, IL 60055-7813 | Cathy Shey cschey@olysteel.com | Goods | Unliquidated | | | $29,943.93 |
| Reed Smith, LLP P.O. Box 10096 Uniondale, NY 11555-1009 | Bee McNemry bmcnemry@reedsmith.com | Goods | Unliquidated | | | $9,000.00 |
| Remington Plum Grove LLC 125 N. Halsted Street Suite 203 Chicago, IL 60661 | Nadia Dimitrova nadiagbnsm@yahoo.com | Rent | Unliquidated | | | $29,318.36 |
| Sandra Westlund-Deenihan 10 Foxglove Court Streamwood, IL 60107 | sandy@metalfloat.com | Monies Loaned | Unliquidated | | | $275,387.01 |
| Terrace Supply Co. 1397 West Glenlake Avenue Itasca, IL 60143 | Larry Steinbach larrys@terracesupply.com | Goods | Unliquidated | | | $6,045.16 |
| Thussenkrupp Materials NA P.O. Box 2625 Carol Stream, IL 60132-2625 | Mark Szcygiel mark.szcygiel@thyssenkrupp.com | Goods | Unliquidated | | | $20,715.62 |
| TW Metals, Inc. P.O. Box 933014 Atlanta, GA 31193-3014 | Dan Garcia daniel.garcia@twmetals.com | Goods | Unliquidated | | | $38,806.46 |
| US Brass and Copper 97638 Eagle Way Chicago, IL 60678-9760 | Matt Kavanaugh matthew@usbrassandcopper.com | Goods | Unliquidated | | | $14,356.89 |
| Wanbo Co., Limited RM 907 JBJ073 Wing Tuck Commercial Center 177-183 Wing Lok Street Hong Kong | William Qi metalqi@126.com | Goods | Unliquidated | | | $75,590.56 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 2

Debtor    Quality Float Works, Inc.

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Warady & Davis, LLP 1717 Deerfield Road Suite 300 South Deerfield, IL 60015-3977 | Jim Donenberg jdonenberg@warady davis.com | Professional fees | Unliquidated | | | $18,618.00 |

**Fill in this information to identify the case:**

Debtor name    Quality Float Works, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..........................................................................   $     0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................   $     481,533.82

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..........................................................................   $     481,533.82

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     627,457.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $     4,471.96

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$     689,830.39

4.   Total liabilities ..................................................................................................................
    Lines 2 + 3a + 3b     $     1,321,759.35

**Fill in this information to identify the case:**

Debtor name     Quality Float Works, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | First Midwest Bank | | 4343 | $4,944.04 |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $4,944.04 |

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 95,046.35 | - | 8,640.57 | = .... | $86,405.78 |
| | | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Quality Float Works, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 303,780.75 | - | 147,995.75 | = .... | $155,785.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $242,190.78 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |

| 15.1. | Quality Float Works, PTD | 100 | % | | $0.00 |
|---|---|---|---|---|---|
| 15.2. | Quality Trade Links | 95 | % | | $0.00 |

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
|---|---|---|---|

| 17. | **Total of Part 4.** | $0.00 |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw Materials | | $0.00 | Liquidation | $50,000.00 |
| 20. | **Work in progress** Work in Progress | | $0.00 | Liquidation | $6,000.00 |
| 21. | **Finished goods, including goods held for resale** Finished Product | | $0.00 | Liquidation | $60,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   Quality Float Works, Inc.                                          Case number *(If known)*
_____
Name

**22.**     **Other inventory or supplies**

**23.**     **Total of Part 5.**                                                                              $116,000.00

            Add lines 19 through 22.  Copy the total to line 84.

**24.**     **Is any of the property listed in Part 5 perishable?**
            ■ No
            ☐ Yes

**25.**     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
            ■ No
            ☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.**     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
            ■ No
            ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Furniture | $0.00 | Liquidation | $500.00 |
| 40. | **Office fixtures**<br>Machinery, Fixtures, Equipment, and Supplies | $0.00 | Liquidation | $100,000.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment and software | $0.00 | Liquidation | $3,000.00 |

**42.**     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
            books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
            collections; other collections, memorabilia, or collectibles

**43.**     **Total of Part 7.**                                                                              $103,500.00

            Add lines 39 through 42.  Copy the total to line 86.

**44.**     **Is a depreciation schedule available for any of the property listed in Part 7?**
            ■ No
            ☐ Yes

**45.**     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Quality Float Works, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    2014 Lexus EX 350 (closed-end lease where Debtor has no interest and value of vehicle is $26,500.00) | $0.00 | | $0.00 |
| 47.2.    2014 Lexus RX 460 (closed-end lease where Debtor has no interest and value of vehicle is $40,450.00) | $0.00 | | $0.00 |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| $0.00 |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

- ■ No.  Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   Quality Float Works, Inc.    Case number *(If known)*
_____
Name

60.   **Patents, copyrights, trademarks, and trade secrets**

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**
      Villiage of Schaumburg Business License        $0.00                    $0.00

      State of Illinois Business License             $0.00                    $0.00

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                               $0.00
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

      Transamerican Life (Whole) Face Value $250,000.00                  $6,032.00

      MetLife (Whole) Face Value $100,000.00                             $8,867.00

      Selective Insurance Policy #S219958700 for Commercial
      Property. General Liability, Automobile, Umbrella, and
      Crime.                                                              $0.00

---

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 5

Debtor   Quality Float Works, Inc.
Name

Case number *(If known)*

Selective Insurance Poicy #902667200 for Workers Compensation

$0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$14,899.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   Quality Float Works, Inc. _____   Case number (If known) _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,944.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $242,190.78 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $116,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $103,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $14,899.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $481,533.82 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $481,533.82 |

**Fill in this information to identify the case:**

Debtor name _____Quality Float Works, Inc._____

United States Bankruptcy Court for the: _____NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

---

**2.1  FC Market Place, LLC**
Creditor's Name

747 Front Street
4th Floor
San Francisco, CA 94111
Creditor's mailing address

diana.bockman@fundingcircle.com
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**   3339

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2/8/2016 Loan Renewal Date

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

| $229,125.00 | $83,201.82 |
|---|---|

---

**2.2  First Midwest Bank**
Creditor's Name

One Pierce Place
Suite 1500
Itasca, IL 60143
Creditor's mailing address

kevin.hoeck@firstmidwest.com
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**   2464

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
4/8/2015 Renewal Date

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

| $150,000.00 | $150,000.00 |
|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Quality Float Works, Inc. | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | First Midwest Bank | Describe debtor's property that is subject to a lien | $248,332.00 | $248,332.00 |
|---|---|---|---|---|

Creditor's Name

4/8/2016 Renewal Date

One Pierce Place
Suite 1500
Itasca, IL 60143

Creditor's mailing address

**Describe the lien**

kevin.hoeck@firstmidwest.com

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

x816

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $627,457.00 |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Quality Float Works, Inc.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS___

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims               12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $4,471.96 | $0.00 |
|  | _____<br>Date or dates debt was incurred<br>_____ | Basis for the claim:<br>2014 Penalty and Interest Only |  |  |
|  | _____<br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>Addison Building Materials<br>3201 S. Busse Road<br>Arlington Heights, IL 60005<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Goods<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,439.70 |
| 3.2 | Nonpriority creditor's name and mailing address<br>American Express<br>Box 0001<br>Los Angeles, CA 90096<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number**  1001 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim:  Credit card<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,800.00 |

| Debtor | Quality Float Works, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** Nonpriority creditor's name and mailing address

American Express
Box 0001
Los Angeles, CA 90096

**Date(s) debt was incurred** _
**Last 4 digits of account number** __1002__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Credit card__

Is the claim subject to offset? ☑ No ☐ Yes

$1,600.00

---

**3.4** Nonpriority creditor's name and mailing address

Aramark Uniform Services
25259 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods and services__

Is the claim subject to offset? ☑ No ☐ Yes

$1,233.44

---

**3.5** Nonpriority creditor's name and mailing address

Bank Card Services
PO Box 31021
Tampa, FL 33631

**Date(s) debt was incurred** _
**Last 4 digits of account number** __7566__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Goods and services__

Is the claim subject to offset? ☑ No ☐ Yes

$23,000.00

---

**3.6** Nonpriority creditor's name and mailing address

Central Steel & Wire
P.O. Box 1500
Chicago, IL 60680-5100

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Goods__

Is the claim subject to offset? ☑ No ☐ Yes

$5,298.61

---

**3.7** Nonpriority creditor's name and mailing address

Chase
PO BOX 1423
Charlotte, NC 28201

**Date(s) debt was incurred** _
**Last 4 digits of account number** __6434__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Credit card__

Is the claim subject to offset? ☑ No ☐ Yes

$4,800.00

---

**3.8** Nonpriority creditor's name and mailing address

Enterprise Oil Co.
PO box 66973
Chicago, IL 60666

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Services rendered__

Is the claim subject to offset? ☑ No ☐ Yes

$635.00

---

**3.9** Nonpriority creditor's name and mailing address

Larsen Packaging
419 Village Drive
Carol Stream, IL 60188

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Goods__

Is the claim subject to offset? ☑ No ☐ Yes

$5,421.58

---

| Debtor | Quality Float Works, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10**

**Nonpriority creditor's name and mailing address**

Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number**  5992

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease of 2014 Lexus ES 350

Is the claim subject to offset? ■ No ☐ Yes

$13,000.00

---

**3.11**

**Nonpriority creditor's name and mailing address**

Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number**  S819

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease of 2014 Lexus GX 460

Is the claim subject to offset? ■ No ☐ Yes

$20,000.00

---

**3.12**

**Nonpriority creditor's name and mailing address**

MAC Strategies Group, Inc.
53 W. Jackson
Suite 1115
Chicago, IL 60604

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional fees

Is the claim subject to offset? ■ No ☐ Yes

$21,025.00

---

**3.13**

**Nonpriority creditor's name and mailing address**

Nelson & Lavold
301 SE 9th Avenue
Cape Coral, FL 33990

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods

Is the claim subject to offset? ■ No ☐ Yes

$59,926.95

---

**3.14**

**Nonpriority creditor's name and mailing address**

Olympic Steel
Dept CH17813
Palatine, IL 60055-7813

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods

Is the claim subject to offset? ■ No ☐ Yes

$29,943.93

---

**3.15**

**Nonpriority creditor's name and mailing address**

Reed Smith, LLP
P.O. Box 10096
Uniondale, NY 11555-1009

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods

Is the claim subject to offset? ■ No ☐ Yes

$9,000.00

---

**3.16**

**Nonpriority creditor's name and mailing address**

Remington Plum Grove LLC
125 N. Halsted Street
Suite 203
Chicago, IL 60661

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No ☐ Yes

$29,318.36

---

| Debtor | Quality Float Works, Inc. | |
|---|---|---|
| | Name | Case number (if known) |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,301.00 |
|---|---|---|---|

Rosenfeld Zweig & Donenberg LT
1717 Deerfield Road
Suite 300
South Deerfield, IL 60015-3977

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $275,387.01 |
|---|---|---|---|

Sandra Westlund-Deenihan
10 Foxglove Court
Streamwood, IL 60107

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Monies Loaned

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,045.16 |
|---|---|---|---|

Terrace Supply Co.
1397 West Glenlake Avenue
Itasca, IL 60143

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Goods

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,715.62 |
|---|---|---|---|

Thussenkrupp Materials NA
P.O. Box 2625
Carol Stream, IL 60132-2625

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Goods

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,495.00 |
|---|---|---|---|

Torrey S. Crane Company
P.O. Box 374
Plantsville, CT 06479

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Goods

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38,806.46 |
|---|---|---|---|

TW Metals, Inc.
P.O. Box 933014
Atlanta, GA 31193-3014

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Goods

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,356.89 |
|---|---|---|---|

US Brass and Copper
97638 Eagle Way
Chicago, IL 60678-9760

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Goods

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Quality Float Works, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,590.56 |
|---|---|---|---|

Wanbo Co., Limited
RM 907 JBJ073 Wing Tuck Commercial
Center 177-183 Wing Lok Street
Hong Kong

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Goods

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,618.00 |
|---|---|---|---|

Warady & Davis, LLP
1717 Deerfield Road
Suite 300
South Deerfield, IL 60015-3977

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Professional fees

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,072.12 |
|---|---|---|---|

Westfield Insurance
PO Box 9001566
Louisville, KY 40290

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 4,471.96 |
| **5b. Total claims from Part 2** | 5b. + $ | 689,830.39 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 694,302.35 |

**Fill in this information to identify the case:**

Debtor name _Quality Float Works, Inc._

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF ILLINOIS_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 2014 Lexus ES 350 at $580.00 per month. State the term remaining ___ List the contract number of any government contract ___ | Lexus Financial Services PO Box 4102 Carol Stream, IL 60197 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Lease of 2014 Lexus GX 450 at $837.70 per month. State the term remaining ___ List the contract number of any government contract ___ | Lexus Financial Services PO Box 4102 Carol Stream, IL 60197-4102 |

**Fill in this information to identify the case:**

Debtor name _Quality Float Works, Inc._

United States Bankruptcy Court for the: _NORTHERN DISTRICT OF ILLINOIS_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Jason Speer | 735 Blue Ridge Drive<br>Streamwood, IL 60107 | First Midwest Bank | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 Jason Speer | 735 Blue Ridge Drive<br>Streamwood, IL 60107 | First Midwest Bank | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 Jason Speer | 735 Blue Ridge Drive<br>Streamwood, IL 60107 | FC Market Place, LLC | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 Jason Speer | 735 Blue Ridge Drive<br>Streamwood, IL 60107 | Lexus Financial Services | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.5 Sandra Westlund-Deenihan | 10 Foxglove Court<br>Streamwood, IL 60107 | First Midwest Bank | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Quality Float Works, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Sandra Westlund-Deenihan | 10 Foxglove Court Streamwood, IL 60107 | First Midwest Bank | ■ D ___2.3___  ☐ E/F _____  ☐ G _____ |
| 2.7 | Sandra Westlund-Deenihan | 10 Foxglove Court Streamwood, IL 60107 | FC Market Place, LLC | ■ D ___2.1___  ☐ E/F _____  ☐ G _____ |
| 2.8 | Sandra Westlund-Deenihan | 10 Foxglove Court Streamwood, IL 60107 | Lexus Financial Services | ☐ D _____  ■ E/F ___3.10___  ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  Quality Float Works, Inc.

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From  1/01/2016 to Filing Date | ■ Operating a business<br>■ Other  Through July 31, 2016 | $772,242.85 |
   | For prior year: From  1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other  _____ | $2,263,337.00 |
   | For year before that: From  1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other  _____ | $2,950,723.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

Debtor    Quality Float Works, Inc.

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  American Express<br>Box 0001<br>Los Angeles, CA 90096 | May, June 2016 | $13,100.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Credit card |
| 3.2.  Health Care Service Corporation | June, July, August 2016 | $19,772.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  First Midwest Bank<br>One Pierce Place<br>Suite 1500<br>Itasca, IL 60143 | May, June, July 2016 | $11,204.91 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  FC Market Place, LLC<br>747 Front Street<br>4th Floor<br>San Francisco, CA 94111 | May, June, July 2016 | $19,709.91 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  Robert Boron | May, June 2016 | $13,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6.  Great Lakes Specialty Metals | July, August 2016 | $18,552.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7.  WMW, Inc. | May 2016 | $6,920.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8.  Larsen Packaging<br>419 Village Drive<br>Carol Stream, IL 60188 | May, July, August 2016 | $7,842.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   Quality Float Works, Inc.                                    Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.9. Remington Plum Grove LLC 125 N. Halsted Street Suite 203 Chicago, IL 60661 | June, July 2016 | $25,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  Rent |
| 3.10. Golan & Christie LLP 70 West Madison Suite 1500 Chicago, IL 60602 | July, August 2016 | $25,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other  Includes amounts set forth in SOFA 11 |
| 3.11. Wakefield, Inc. | June 2016 | $20,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    Quality Float Works, Inc.                                     Case number *(if known)* _____

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Illinois Manufacturer Association | Membership Dues | 2/15/2016,<br>1/23/2015 | $1,600.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | National Association of Manufacturing | Membership Dues | 2/15/2016 | $750.00 |
| | Recipients relationship to debtor | | | |
| 9.3. | National Federal Small Business Owners | Membership Dues | 3/22/2016,<br>4/1/2015 | $502.00 |
| | Recipients relationship to debtor | | | |
| 9.4. | US Chamber of Commerce | Membership Dues | 3/30/2016,<br>4/1/2015 | $3,200.00 |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

Debtor    Quality Float Works, Inc.                                      Case number *(if known)* _____

**11. Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
   of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
   relief, or filing a bankruptcy case.

   ☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Golan & Christie LLP 70 West Madison Suite 1500 Chicago, IL 60602 | Bankruptcy related services (also included in SOFA 3a) | August 2016 | $10,000.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
   to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
   2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
   both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

Debtor   Quality Float Works, Inc.   Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

---

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    Quality Float Works, Inc.                                        Case number *(if known)* _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   Quality Float Works, PTD<br>an Indonesian Corporation | Distribution entity | **EIN:**   None<br>**From-To**   2014 - Present |
| 25.2.   Quality Trade Links, an Oman<br>Coroporation | Distribution entity | **EIN:**   None<br>**From-To**   2013 - Present |
| 25.3.   Quality Float Works Middle<br>East UAE | Distribution Entity | **EIN:**   None<br>**From-To**   2011 - 2013 |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor    Quality Float Works, Inc.

Case number *(if known)* _____

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

| 26d.1. | First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL 60143 |
| 26d.2. | FC Market Place, LLC
747 Front Street
4th Floor
San Francisco, CA 94111 |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | Jason Speer | July 15, 2016 | Liquidation basis
$116,000.00 |
| | **Name and address of the person who has possession of inventory records** | | |
| | Quality Float Works, Inc.
1382 Payne Road
Schaumburg, IL 60173 | | |
| 27.2. | Jason Speer | December 15, 2015 | Liquidation value
$172,000.00 |
| | **Name and address of the person who has possession of inventory records** | | |
| | Quality Float Works, Inc.
1382 Payne Road
Schaumburg, IL 60173 | | |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jason Speer | 735 Blue Ridge Drive
Streamwood, IL 60107 | President | 35 |

Debtor    Quality Float Works, Inc.                                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Sandra Westlund-Deenihan | 10 Foxglove Court Streamwood, IL 60107 | Secretary | 65 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-------------------------------------------------------|-------|-------------------------------|
| 30.1. Jason Speer 735 Blue Ridge Drive Streamwood, IL 60107 | $69,300.00 | 8/11/2015 - 8/11/2016 | Salary |
| **Relationship to debtor** President | | | |
| 30.2. Sandra Westlund-Deenihan 10 Foxglove Court Streamwood, IL 60107 | $89,050.00 | 8/11/2015 - 8/11/2016 | Salary |
| **Relationship to debtor** Secretary | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

Debtor    Quality Float Works, Inc.                                            Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 11, 2016___

/s/ Jason Speer                                          Jason Speer
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    ___President___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  Quality Float Works, Inc. _____    Case No. _____
                                      Debtor(s)          Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 11, 2016 _____    /s/ Robert R. Benjamin
*Date*                                 Robert R. Benjamin
                                       *Signature of Attorney*
                                       Golan & Christie LLP
                                       70 W. Madison
                                       Suite 1500
                                       Chicago, IL 60602
                                       (312) 263-2300  Fax: (312) 263-0939
                                       rrbenjamin@golanchristie.com
                                       *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   Quality Float Works, Inc.

Case No.

Debtor(s)   Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jason Speer<br>735 Blue Ridge Drive<br>Streamwood, IL 60107 | Common | 35% | |
| Sandra Westlund-Deenihan<br>10 Foxglove Court<br>Streamwood, IL 60107 | Common | 65% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   August 11, 2016

Signature   /s/ Jason Speer

Jason Speer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  Quality Float Works, Inc.                                Case No.

                                           Debtor(s)        Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                         40

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   August 11, 2016                        /s/ Jason Speer

                                                      Jason Speer/President
                                                      Signer/Title

Addison Building Materials
3201 S. Busse Road
Arlington Heights, IL 60005


American Express
Box 0001
Los Angeles, CA 90096


American Express
Box 0001
Los Angeles, CA 90096


Aramark Uniform Services
25259 Network Place
Chicago, IL 60673


Bank Card Services
PO Box 31021
Tampa, FL 33631


Central Steel & Wire
P.O. Box 1500
Chicago, IL 60680-5100


Chase
PO BOX 1423
Charlotte, NC 28201


Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999


Enterprise Oil Co.
PO box 66973
Chicago, IL 60666


FC Market Place, LLC
747 Front Street
4th Floor
San Francisco, CA 94111


First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL 60143

First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL 60143


Jason Speer
735 Blue Ridge Drive
Streamwood, IL 60107


Jason Speer
735 Blue Ridge Drive
Streamwood, IL 60107


Jason Speer
735 Blue Ridge Drive
Streamwood, IL 60107


Jason Speer
735 Blue Ridge Drive
Streamwood, IL 60107


Larsen Packaging
419 Village Drive
Carol Stream, IL 60188


Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197


Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197


Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197


Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197-4102


MAC Strategies Group, Inc.
53 W. Jackson
Suite 1115
Chicago, IL 60604

Nelson & Lavold
301 SE 9th Avenue
Cape Coral, FL 33990


Olympic Steel
Dept CH17813
Palatine, IL 60055-7813


Reed Smith, LLP
P.O. Box 10096
Uniondale, NY 11555-1009


Remington Plum Grove LLC
125 N. Halsted Street
Suite 203
Chicago, IL 60661


Rosenfeld Zweig & Donenberg LT
1717 Deerfield Road
Suite 300
South Deerfield, IL 60015-3977


Sandra Westlund-Deenihan
10 Foxglove Court
Streamwood, IL 60107


Sandra Westlund-Deenihan
10 Foxglove Court
Streamwood, IL 60107


Sandra Westlund-Deenihan
10 Foxglove Court
Streamwood, IL 60107


Sandra Westlund-Deenihan
10 Foxglove Court
Streamwood, IL 60107


Sandra Westlund-Deenihan
10 Foxglove Court
Streamwood, IL 60107


Terrace Supply Co.
1397 West Glenlake Avenue
Itasca, IL 60143

Thussenkrupp Materials NA
P.O. Box 2625
Carol Stream, IL 60132-2625


Torrey S. Crane Company
P.O. Box 374
Plantsville, CT 06479


TW Metals, Inc.
P.O. Box 933014
Atlanta, GA 31193-3014


US Brass and Copper
97638 Eagle Way
Chicago, IL 60678-9760


Wanbo Co., Limited
RM 907 JBJ073 Wing Tuck Commercial
Center 177-183 Wing Lok Street
Hong Kong


Warady & Davis, LLP
1717 Deerfield Road
Suite 300
South Deerfield, IL 60015-3977


Westfield Insurance
PO Box 9001566
Louisville, KY 40290

# United States Bankruptcy Court
## Northern District of Illinois

In re   Quality Float Works, Inc.       Case No. _____

               Debtor(s)       Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Quality Float Works, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 11, 2016
_____
Date

/s/ Robert R. Benjamin
_____
Robert R. Benjamin
Signature of Attorney or Litigant
Counsel for   Quality Float Works, Inc.
Golan & Christie LLP
70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300 Fax:(312) 263-0939
rrbenjamin@golanchristie.com