## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  16 B 25753 |
| **QUALITY FLOAT WORKS, INC.,** | ) | Honorable Judge Deborah L. Thorne |
| | ) | Motion Date:  May 23, 2017 |
| Debtor. | ) | Motion Time: 10:00 a.m. |

## NOTICE OF MOTION

TO:     See Attached Service List

PLEASE TAKE NOTICE THAT on May 23, 2017, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER** shall be heard before the Honorable Deborah L. Thorne of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 613 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

GOLAN CHRISTIE TAGLIA LLP

## AFFIDAVIT OF SERVICE

I, Robert R. Benjamin, an attorney, certify that I caused the foregoing Notice of Motion and Motion for Entry of a Final Decree Order to be served upon the parties who receive notice via CM/ECF filing and those parties who receive notice via regular mail with postage prepaid from 70 W. Madison, Chicago, IL 60602 on May 5, 2017.

/s/*Robert R. Benjamin*
Robert R. Benjamin

GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

## SERVICE LIST

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Via CM/ECF

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101
Via Regular Mail

Sandra Westlund-Deenihan
10 Foxglove Court
Streamwood, IL 60107
Via Email: sandy@metalfloat.com

Quality Float Works, Inc.
Attention: Jason Speer, President
1382 Payne Road
Schaumburg, Illinois 60173
Via Email: jason@metalfloat.com

 Remington Plum Grove, LLC
c/o Law Offices of Konstantine Sparagis
900 W. Jackson Blvd., Suite 4E
Chicago, IL 60607
Via Email: gus@konstantinelaw.com

First Midwest Bank
c/o Chuhak & Tecson, PC
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
Via Email: mstein@chuhak.com
Via Email: esethna@chuhak.com

MAC Strategies Group, Inc.
c/o Bauch & Michaels LLC
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
Via Email: pbauch@bauch-michaels.com

Torrey S. Crane Company
PO Box 374
Plantsville, CT 06479
Via Email: cranesolder@aol.com

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355
Via Email: proofofclaim@becket-lee.com

Reed Smith LLP
c/o Brian Ansell
20 Stanwix Street
Pittsburgh, PA 15222
Via Email: bansell@reedsmith.com

Central Steel & Wire Company
3000 W. 51st Street
Chicago, IL 60632
Via Email: jim_rinn@centralsteel.com

Aramark Uniform & Career Apparel
c/o Dean Scalia
115 N. First Street
Burbank, CA 91502
Via Email: chiaro-bill@aramark.com

Toyota Motor Credit Corporation
c/o Buckley Mandole
PO Box 9013
Addison, TX 75001
Via Email: pocinquiries@buckleymandole.com

Enterprise Oil Company
3200 S Western Avenue
Chicago, IL 60608
Via Email: dmackie@entoilusa.com

FC Market Place, LLC
747 Front Street, 4th Floor
San Francisco, CA 94111
Via Email: Robert.eckart@fundingcircle.com

Terrace Supply Company
1397 West Glenlake Avenue
Itasca, IL 60143
Via Email: mo@terracesupply.com

Thyssenkrupp Materials NA
2800 W. Higgins Road, Ste 550
Hoffman Estates, IL 60169
Via Email: mark.szczygiel@thyssenkrupp.com

Larsen Packaging Products, Inc.
419 Village Drive
Carol Stream, IL 60188
Via Email: Kathie@larsenpackaging.com

US Customs and Border Protection
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278
Via Email: scott.vrooman@dhs.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  16 B 25753 |
| QUALITY FLOAT WORKS, INC., | ) | Honorable Judge Deborah L. Thorne |
| | ) | Motion Date:   May 23, 2017 |
| Debtor. | ) | Motion Time:  10:00 a.m. |

## MOTION FOR ENTRY OF A FINAL DECREE ORDER

Debtor, QUALITY FLOAT WORKS, INC., ("Debtor"), by and through its attorneys, GOLAN CHRISTIE TAGLIA LLP, moves this Court to enter a final decree order and in support thereof states as follows:

1. On August 11, 2016, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. Debtor is a corporation that manufactures valves and floats used for level liquid controls.

3. On March 7, 2017, this Court entered an order approving the Debtor's Amended Disclosure Statement and confirming the Debtor's Second Modified Amended Plan of Reorganization (Docket No. 108).

4. Pursuant to the Plan, the administrative claims of the United States Trustee are current, the professional fees are being paid in installments by agreement with Golan Christie Taglia LLP and the priority tax claim has been paid in full.

5. Class 1 Secured Claims were to be paid pursuant to amended and restated 5 year term notes.

6.      Class 2 Undersecured Claims were to be paid 25% of their allowed claims *pro rata* over five years beginning on the first day of the first calendar quarter after the Effective Date of the Confirmed Plan.

7.      Class 3 Unsecured Claims were to be paid 25% of their allowed claims *pro rata* over five years beginning on the first day of the first calendar quarter after the Effective Date of the Confirmed Plan.

8.      Class 4 Unsecured Claims were to be paid 25% of their allowed claims *pro rata* over five years beginning on the first day of the first calendar quarter after the Effective Date of the Confirmed Plan.

9.      On May 5, 2017, Debtor filed a Report of Distribution [Docket No. 164].

10.     There are no further matters for this Court to administrate.

WHEREFORE, Debtor, QUALITY FLOAT WORKS, INC., prays as follows:

A.      That this Court enter a final decree order; and

B.      For such other and further relief as this Court may deem just and proper.

QUALITY FLOAT WORKS, INC.,


*/s/Robert R. Benjamin*
Robert R. Benjamin
One of their attorneys

Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC #06189418)
GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300