UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-25753
QUALITY FLOAT WORKS, INC. )
) Chapter: 11
) Honorable Deborah L. Thorne
)
)
Debtor(s) )

# FINAL DECREE ORDER

THIS CAUSE COMING ON TO BE HEARD on motion of QUALITY FLOAT WORKS, INC., ("Debtor"), for entry of a final decree and the Court being duly advised in the premises:

THE DEBTOR HAVING REPRESENTED TO THE COURT that:
1. On August 11, 2017, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").
2. On March 7, 2017, this Court entered an order confirming Debtor's Amended Plan of Reorganization which provides for all administrative claims be paid in full; Class 1 Secured Claims were to be paid pursuant to amended and restated 5 year term notes; Class 2 Undersecured Claims were to be paid 25% of their allowed claims pro rata over five years beginning on the first day of the first calendar quarter after the effective date of the confirmed plan; Class 3 Unsecured Claims were to be paid 25% of their allowed claims pro rata over five years beginning on the first day of the first calendar quarter after the effective date of the confirmed plan; and Class 4 Unsecured Claims were to be paid 25% of their allowed claims pro rata over five years beginning on the first day of the first calendar quarter after the effective date of the confirmed plan.
3. The Effective Date of the Plan has passed and the Debtor has made initial distributions under the Plan.
4. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:
The estate is closed.

Enter:  *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  May 23, 2017

**Prepared by:**

GOLAN CHRISTIE TAGLIA LLP
Attorneys for Debtor
70 W. Madison, Ste. 1500
Chicago, IL 60602
312-263-2300